Case Numbers: 24-2030, 24-2031, 24-2032, 24-2033, 24-2034

24-2035, 24-2036, 24-2037, 24-2038

# United States Court of Appeals
# for the Federal Circuit

**FRANZ A. WAKEFIELD, D|B|A
COOLTVNETWORK.COM, INC.**
*Plaintiff-Appellant*

RECEIVED AUG 2 9 2024 United States Court of Appeals For the Federal Circuit

v.

**BLACKBOARD, INC., FACEBOOK, INC., INTERNATIONAL BUSINESS
MACHINES CORPORATION, KALTURA, INC., LIMELIGHT
NETWORKS, INC., MICROSOFT CORPORATION, OOYALA, INC.,
SNAP, INC., TRAPELO CORP.,**
*Defendants-Appellees*

Appeals from the United States District Court for the District of Delaware in
the following Case Numbers: 1:19-CV-00291-JLH, 1:19-CV-00292-JLH, 1:19-
CV-00293-JLH, 1:19-CV-00294-JLH, 1:19-CV-00295-JLH, 1:19-CV-00296-
JLH, 1:19-CV-00297-JLH, 1:19-CV-00534-JLH, 1:19-CV-00535-JLH,
PRESIDING, THE HONORABLE JENNIFER L. HALL.

**NOTICE OF CORRECTION OF APPELLANT "WAKEFIELD'S"
CORRECTED INITIAL BRIEF**

Date: <u>August 28, 2024</u>

/s/ *Franz A. Wakefield*

**Franz A. Wakefield, *Pro Se***
**D|B|A COOLTVNETWORK.COM**
4 WEST LAS OLAS BOULEVARD; SUITE 1206
FORT LAUDERDALE, FLORIDA 33301
TELE: 305-206-4832
EMAIL: FRANZWAKEFIELD@COOLTVNETWORK.COM

I.     <u>NOTICE OF CORRECTION:</u>

**Notice is hereby given:**

That APPELLANT ("WAKEFIELD'S") Initial Brief contains the following corrections:

1. **To include the language of Claim 1 and 15, of the '696 Patent behind the cover of the brief.**

2. **To page 1, adding INC. after COOLTVNETWORK.COM.**

3. **To include an Addendum of the order(s) being appealed and a complete reproduction of the '696 Patent.**

**Date: <u>August 28, 2024</u>**

/s/ *Franz A. Wakefield*

**Franz A. Wakefield,** *Pro Se*
**D|B|A COOLTVNETWORK.COM**
4 WEST LAS OLAS BOULEVARD; SUITE 1206
FORT LAUDERDALE, FLORIDA 33301
TELE: 305-206-4832
EMAIL: FRANZWAKEFIELD@COOLTVNETWORK.COM

1

## CERTIFICATE OF SERVICE

I, **FRANZ A. WAKEFIELD**, *Pro Se* APPELLANT, certify that on the following

date of **AUGUST 28, 2024**, a copy of the:   **APPELLANT ("WAKEFIELD'S")**

**NOTICE OF CORRECTION TO THE CORRECTED INITIAL BRIEF,** was

served by FEDERAL EXPRESS on the Clerk of the Court for the Federal Circuit,

and via email on the counsel of record.


**Date: August 28, 2024**                    /s/  *Franz A. Wakefield*

**Franz A. Wakefield,** *Pro Se*
**D|B|A COOLTVNETWORK.COM, INC.**
4 WEST LAS OLAS BOULEVARD; SUITE 1206
FORT LAUDERDALE, FLORIDA 33301
TELE: 305-206-4832
EMAIL: FRANZWAKEFIELD@COOLTVNETWORK.COM

2

## CERTIFICATE OF COMPLIANCE

This NOTICE complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(7)(A) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(4). This NOTICE was printed using a 14-point Times New Roman font.

**Date: <u>August 28, 2024</u>**

/s/ *Franz A. Wakefield*

**Franz A. Wakefield,** *Pro Se*
**D|B|A COOLTVNETWORK.COM, INC.**
4 WEST LAS OLAS BOULEVARD; SUITE 1206
FORT LAUDERDALE, FLORIDA 33301
TELE: 305-206-4832
EMAIL: FRANZWAKEFIELD@COOLTVNETWORK.COM



ORIGIN ID:HWOA   (305) 206-4832
FRANZ WAKEFIELD
COOLTVNETWORK.COM, INC
4 W LAS OLAS BLVD
SUITE 1206
FORT LAUDERDALE, FL 33301
UNITED STATES US

SHIP DATE: 2.85 LB
ACTWGT: 6.85 LB
CAD: 6570854/ROSA2550

TO  **CLERK OF THE COURT**

**717 MADISON PLACE NW**

**WASHINGTON DC 20439**

(202) 276-8000          REF:
INV:
PO:                          DEPT:

**FedEx**
Express

**E**

TRK#  **7782 3368 3886**
0201

**THU – 29 AUG 10:30A**
**PRIORITY OVERNIGHT**

**XS VJIA**

**20439**
DC-US   **IAD**