Case Numbers: 24-2030, 24-2031, 24-2032, 24-2033, 24-2035, 24-2036, 24-2037, 24-2038

# United States Court of Appeals for the Federal Circuit

**FRANZ A. WAKEFIELD, D|B|A COOLTVNETWORK.COM, INC.**
*Plaintiff-Appellant*

**v.**

**BLACKBOARD, INC., META PLATFORMS, INC., F|K|A FACEBOOK, INC., INTERNATIONAL BUSINESS MACHINES CORPORATION, KALTURA, INC., MICROSOFT CORPORATION, OOYALA, INC., SNAP, INC., TRAPELO CORP.,**
*Defendants-Appellees*

**Appeals from the United States District Court for the District of Delaware in the following Case Numbers: 1:19-CV-00291-JLH, 1:19-CV-00292-JLH, 1:19-CV-00293-JLH, 1:19-CV-00294-JLH, 1:19-CV-00296-JLH, 1:19-CV-00297-JLH, 1:19-CV-00534-JLH, 1:19-CV-00535-JLH, PRESIDING, THE HONORABLE JENNIFER L. HALL.**

## APPELLANT "WAKEFIELD'S" LETTER PURSUANT TO FED. R. APP. P. 28(J) – CITATION OF SUPPLEMENTAL AUTHORITIES WITH EXHIBIT

**Date: January 11, 2025**

/s/ Franz A. Wakefield

**Franz A. Wakefield, *Pro Se***
**D|B|A COOLTVNETWORK.COM, INC.**
4 WEST LAS OLAS BOULEVARD; SUITE 1206
FORT LAUDERDALE, FLORIDA 33301
TELE: 305-206-4832
EMAIL: FRANZWAKEFIELD@COOLTVNETWORK.COM

RECEIVED
JAN 14 2025
United States Court of Appeals
For the Federal Circuit

**Jarrett B. Perlow**
**Clerk of the Court**
**717 Madison Place, NW**
**Washington, DC 20439**
**Tele: (202) 275-8000**

***Re: Citation of Supplemental Authorities, pursuant to Federal Rules of Appellate Procedure 28(j).***

Hello Honorable Clerk of the Court,

This letter is being made because pertinent and significant authorities have come to APPELLANT "WAKEFIELD'S" attention after the briefs have been filed. The reason for the supplemental authorities is because of the following:

1. Proving that APPELLANT "WAKEFIELD'S" ***Due Process Rights were violated*** by the inclusion of Judge Pauline Newman on his original appellate panel. See. APPELLANT "WAKEFIELD'S" Initial Brief at pgs. 5-6, item. 3; pgs. 10-12; and pgs. 39-46.

2. Proving that the '696 Patent Specification teaches ***an algorithm***, which places the '696 Patent in *Noah* Group 2--(*where disclosure of purportedly adequate structure in the specification evaluated by skilled artisan*), and that ***supporting structure exists*** in the specification. See. APPELLANT "WAKEFIELD'S" Initial Brief at pgs. 8-9; pgs. 13-14; and pgs. 26-39, See. APPELLANT "WAKEFIELD'S" Reply Brief at pgs. 9-12; and pgs. 17-18 and See. Exhibit 1, attached.

# I. CITATION OF SUPPLEMENTAL AUTHORITIES.

**Due Process Violation:**

a. ***In re Murchison***, 349 U.S. 133, 133-35 (1955) (Where the Supreme Court held "[a] fair trial in a fair tribunal is a basic requirement of due process, [and] … our system of law has always endeavored to prevent even ***the probability of unfairness***." at 136) --- also that ***an appearance of bias*** is a violation of due process. --- at 260. *Emphasis Added.*

**Algorithm and Supporting Structure:**

**HOTSPOTS:**

a. ***S3, Inc., v. NVIDIA Corp.***, 259 F. 3d 1364, 1370-71 (Fed. Cir. 2001) (Where the Federal Circuit approving structure where the details of the structure were not described in the specification but was a "well known electronic structure and performs a common electronic function and is readily implemented from the description in the specification.")

**JAVA APPLET:**

b. ***Atmel Corp., v. Information Storage Devices, Inc.***, 198 F. 3d 1374, 1377 (Fed. Cir. 1999) (Where the Federal Circuit considered whether a specification's reference to the title of a scientific article could serve as structure sufficient for an MPF Limitation.)

**HTML:**

c. ***Sisvel Int'l v. Sierra Wireless***, 82 F. 4th 1355 (Fed. Cir. 2023) (Where the Federal Circuit held that reference to a protocol in the specification should require evaluation in light of a skilled artisan.)

**Respectfully submitted**

**Date: January 11, 2025**

/s/ [signature]

**Franz A. Wakefield, *Pro Se***
**D|B|A COOLTVNETWORK.COM, INC.**

## CERTIFICATE OF SERVICE

I, **FRANZ A. WAKEFIELD**, *Pro Se* APPELLANT, certify that on the following date of **January 11, 2025**, a copy of the: **APPELLANT ("WAKEFIELD'S") CORRECTED LETTER,** was served by FEDERAL EXPRESS on the Clerk of the Court for the Federal Circuit, and via email on the counsel of record.

**Date: January 11, 2025**

/s/ Franz A. Wakefield

**Franz A. Wakefield, *Pro Se***
**D|B|A COOLTVNETWORK.COM, INC.**
4 WEST LAS OLAS BOULEVARD; SUITE 1206
FORT LAUDERDALE, FLORIDA 33301
TELE: 305-206-4832
EMAIL: FRANZWAKEFIELD@COOLTVNETWORK.COM

## CERTIFICATE OF COMPLIANCE

This LETTER complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(7)(A) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(4). This CORRECTED LETTER was printed using a 14-point Times New Roman font.

This CORRECTED LETTER complies with the type-volume limitation of Federal Rule of Appellate Procedure 28(j). The BODY of this CORRECTED LETTER contains **350 words**. This certificate was prepared in reliance on the word count of the word processing system (Microsoft® Word for Windows Version 2206) used to prepare the CORRECTED LETTER.

**Date: January 11, 2025**

/s/ Franz A. Wakefield

**Franz A. Wakefield, *Pro Se***
**D|B|A COOLTVNETWORK.COM, INC.**
4 WEST LAS OLAS BOULEVARD; SUITE 1206
FORT LAUDERDALE, FLORIDA 33301
TELE: 305-206-4832
EMAIL: FRANZWAKEFIELD@COOLTVNETWORK.COM

EXHIBIT

| Structure From The 696 Specification Supporting, The Performing At Least One Predetermined Function, MPF Limitation | | |
|---|---|---|
| **Structure** | **Example Specification Citation** | **Quotation** |
| **TAGS** | **5:59-6:11; 8:1-28** | **5:59-6:11 -** The HTML document loaded by the web browser may contain a downloadable custom plug-in(s) that implements an algorithm, and/or **tags** that specify, among other things, the path to a Java applet containing the object, source, executable or application code necessary to execute the multifunctional hot spots and currently active function as defined by a predetermined parameter or user input; the path to the video or audio file that the applet will play; and/or the path to a data file that contains variables used to create objects and/or applications having the information needed to identify, define and activate the multifunctional hot spots and their location in designated areas on the screen or in the corresponding digital file. A data file contains **tags** that can specify various functions when a hot spot is activated, such as, whether the video file should only play once or play in a continuous loop; the URL of the web page or website to open when a hot spot is activated; |
| **DISPLAY/SCREEN** | **1:42-45; 9:22-24 : Fig. 2A, box 224; 4:27-29; 6:1-4; 6:14-17; 7:26-28; 8:9-14; 8:29-31** | **8:9-14**: Consistent therewith, the applet reads the data file, creates and initializes custom defined objects or functions in accordance with the data file and registers areas on the screen as hot spots using a geometric region obtained from the custom custom defined objects (Fig. 2A, boxes 220-224). |

| | | |
|---|---|---|
| ELECTRONIC SIGNATURES | 6:7-17; 8:52-56 | **6:7-17:** an electronic signature that uniquely identifies a user and item(s) for adding to a shopping cart; the URL of a video file or audio file to play when a hot spot is activated; an **electronic signature** that uniquely identifies a purchased or auctioned item such that a request or bid for it can be entered into a multicast bidding or purchasing system; and/or an **electronic signature** that uniquely identifies an item or area on the screen that once initiated a communication system/digital calling system is activated in accordance with the digital call mode 95. |
| JAVA APPLET/APPLET | 5:59-65; 8:7-28; 8:38-62; | **5:59-65** - The HTML document loaded by the web browser may contain a downloadable custom plug-in(s) that implements an algorithm, and/or tags that specify, among other things, the path to a **Java applet** containing the object, source, executable or application code necessary to execute the multifunctional hot spots and currently active function as defined by a predetermined parameter or user input; the path to the video or audio file that the applet will play; and/or the path to a data file that contains variables used to create objects and/or applications having the information needed to identify, define and activate the multifunctional hot spots and their location in designated areas on the screen or in the corresponding digital file. |
| CUSTOM PLUG-INS | 5:59-61; 8:5-9 | **5:59-61** - The HTML document loaded by the web browser may contain a downloadable **custom plug-in(s)** that implements an algorithm, and/or tags that specify, among other things, the path to a Java applet containing the object, source, executable or application code necessary to execute the multifunctional hot spots and currently active function as defined by a predetermined parameter or user input; |

| | | |
|---|---|---|
| HOT SPOT DATA FILE/HSDF | 7:21-31; 7:46-49 | **7:21-31** - If no mode is determined as being selected, the software 100 determines whether the user has exited the program (119). If not, the software 100 reads the multi-functional **hot spot data file (HSDF)** and creates and initializes custom defined objects based on information in the **HSDF** (121–122). The software 100 registers areas on the screen or in the video as multi-functional hot spots using a region obtained from the **HSDF** (123). |
| CUSTOM DEFINED OBJECT | 7:23-26; 8:9-14; 8:33-36; 8:46-48; 8:48-52; 8:52-56; 8:56-59 | **7:21-26** - If no mode is determined as being selected, the software 100 determines whether the user has exited the program (119). If not, the software 100 reads the multi-functional hot spot data file (HSDF) and creates and initializes **custom defined** objects based on information in the HSDF (121–122). |
| DIGITAL SHOPPING CART | 3:12-15; 7:49-51; 8:46-48 | **3:12-15** - The shopping mode allows a user to fill a **shopping cart** with digital media files, the object or merchandise that was highlighted by the hot spot and other items for purchase. |
| DIGITAL CALLING SYSTEM | 6:16-17 | **6:16-17** - initiated a communication system/**digital calling system** is activated in accordance with the digital call mode 95. |
| MULTICAST COMMUNICATION SYSTEM | 3:20-24; 6:51-65; 7:59-63 | **3:20-24** - The bid mode facilitates audio and/or video communication between multiple users/clients in a **multicast communication interface** for conducting an auction and/or receiving bids for obtaining products or product information. |
| URLS | Abstract; 2:55-57; 4:64-65; 5:44-47; 6:7-11; 8:48-52; 8:56-59; | **2:55-57** - The multifunctional hot spots preferably comprise hyperlinks to other **URL** addresses and/or targeted databases. |

| | | |
|---|---|---|
| HYPERLINKS | 1:29-34; 1:53-58; 1:60-62; 2:18-27; 2:55-63; 3:26-27; 4:37-45; 4:57-63 | **1:53-58** - In addition, hot spots have not been widely adapted or incorporated into video files. As the applications employed on the Internet fail to adequately address the foregoing issues, the instant invention gives the end user the ability to effectively and efficiently control and change the response of multifunctional hot spots and **hyperlinks** on a website. |
| WEBSITES | 1:39-48; 2:35-38; 3:25-29 | 1:36-42 - Interactive digital media and the use of hyper-linking tools to visit a designated location or perform a pre-defined function, such as hot spots, are generally known in the art. For instance, hyper-linking tools have been developed for making text and graphics available for interactive use, such as linking to pages within a **website** or to other **websites**, making purchases or initiating other actions. |
| HTML DOCUMENTS | 5:57-60; 8:1-7 | **5:57-60** - The invention **10** may incorporate HTML language or a comparable language for loading documents through a web browser. The **HTML document** loaded by the web browser may contain a downloadable custom plug-in(s) that implements an algorithm |
| DATABASE | 2:4-6; 2:55-57; 3:55-58; 4:56-57; 7:14-16 | **2:4-6** - However, it fails to disclose the ability to change the type of information each hot spot links to, or having a hot spot that links to multiple **databases** or sites. |
| MODE CONTROL BAR | 6:18-25; 9:15-18 | **6:18-25** - The instant invention requires, but is not limited to, at least one tag in the data file, and at least one of the above noted steps should be specified for defining the "hot spot's" functionality, as defined through the **mode control bar** 93. In accordance with the teachings of the instant invention, a "hot spot" can be programmed with more than one definition or functionality, and the **mode control bar** can be expanded to an indefinite number of mode control features and buttons. |

| | | |
|---|---|---|
| **WEB BROWSER** | 5:57-60; 8:1-7 | **5:57-60** - The invention 10 may incorporate HTML language or a comparable language for loading documents through a **web browser**. The HTML document loaded by the **web browser** may contain a downloadable custom plug-in(s) that implements an algorithm, |
| **GRAPHICAL USER INTERFACE** | Abstract; 3:20-24; 4:9-12; 4:26-28; 5:22-32; 6:51-65; 9:22-26 | **Abstract** - a bid mode that facilitates audio and video communication during multi-task communication interface for conducting an auction and/or accepting bids, |
| **MODEM** | 5:19-22 | **5:19-22** - The digitallocker™ **modem** mode may further facilitate the separation of audio and visual tracks as well as the storage of individual tracks independently. |
| **ELECTRONIC DEVICE/DEVICE** | 4:1-46; 5:17-19; | **4:1-46** - With reference to the drawings, FIGS. 1A–C to 5 disclose the preferred embodiments of the instant invention which is generally referenced by numeric character **10** and/or as ClickVideoShop™ (a trademark of Applicant) system and/or software ("CVSSW", a trademark of Applicant). The instant invention **10** comprises an interactive software based system and **device** having processor readable code **100** and/or **200**, as shown in FIGS. 1A–1C and **2A–2C**, respectively, stored on a tangible medium that can add, use, change, adapt and process hot spots, such as hyperlinks and other known actions, in video files, audio files, digital files and/or designated areas of a website or webpage, so as to provide multifunctional hot spots. |

| | | |
|---|---|---|
| COMPUTER | 6:26-31; 8:1-7 | **6:26-31** - Referring to FIGS. 1A–1C, the logic and operation of the preferred software 100 of the instant invention 10 is shown. With reference to FIG. 1A, the user powers up the **computer** and initiates the click video shop™ software 100, which reads the configuration information for the hot spots (101–104). |
| SOURCE, OBJECT, EXECUTABLE, & APPLICATION CODE | 2:41-43; 5:62-63; | **5:62-63** - the path to a Java applet containing the **object, source, executable or application code** necessary to execute |
| DIGITAL FILE | 4:37-48; 5:2-7; 6:1-4; | **4:37:48** - The instant invention 10 comprises an interactive software based system and device having processor readable code 100 and/or 200, as shown in FIGS. 1A–1C and 2A–2C, respectively, stored on a tangible medium that can add, use, change, adapt and process hot spots, such as hyperlinks and other known actions, in video files, audio files, **digital files** and/or designated areas of a website or webpage, so as to provide multifunctional hot spots. The instant invention 10 adds multifunctional hot spots to video and/or audio files or other types of **digital files** and provides a means for using and modifying the functions of the hot spots. |

| | | |
|---|---|---|
| **MICROPROCESSOR/PROCESSOR** | **4:33-55;** | With reference to the drawings, FIGS. 1A–C to 5 disclose the preferred embodiments of the instant invention which is generally referenced by numeric character **10** and/or as ClickVideoShop™ (a trademark of Applicant) system and/or software ("CVSSW", a trademark of Applicant). The instant invention **10** comprises an interactive software based system and device having **processor** readable code **100** and/or **200**, as shown in FIGS. 1A–1C and **2**A–**2**C, respectively, stored on a tangible medium that can add, use, change, adapt and process hot spots, such as hyperlinks and other known actions, in video files, audio files, digital files and/or designated areas of a website or webpage, so as to provide multifunctional hot spots. The instant invention **10** adds multifunctional hot spots to video and/or audio files or other types of digital files and provides a means for using and modifying the functions of the hot spots. Thus, the hot spots may be programmed with multiple objects and/or functions that may be activated or deactivated through a menu bar **93** having a plurality of modes and means for activating same, such as control buttons **94** that define the hot spot(s) with a predetermined function in response to successful user interaction with the buttons **94** in accordance with the invention. |
| **VIDEO FILE** | **1:52-53; 4:37-45; 4:57-63; 5:5-7; 5:40-56; 6:4-11; 7:46-49;** | **1:52-53** - In addition, hot spots have not been widely adapted or incorporated into **video files**. |

| | | |
|---|---|---|
| AUDIO FILE | 4:37-49; 4:57-66; 5:5-7; 5:65-66; 6:10-11; 7:21-32; 7:56-59; 8:14-28; 8:48-52; 9:1-2; 9:4-5; 9:12-14 | **4:37-49** - The instant invention 10 comprises an interactive software based system and device having processor readable code 100 and/or 200, as shown in FIGS. 1A–1C and 2A–2C, respectively, stored on a tangible medium that can add, use, change, adapt and process hot spots, such as hyperlinks and other known actions, in video files, **audio files**, digital files and/or designated areas of a website or webpage, so as to provide multifunctional hot spots. The instant invention 10 adds multifunctional hot spots to video and/or **audio files** or other types of digital files and provides a means for using and modifying the functions of the hot spots. |
| **Structure From The 696 Specification Supporting, The Instructions Defined for Selecting and Activating at Least One of Said Predetermined Functions, MPF Limitation** | | |
| CURSOR | 2:57-63; 3:49-53; 7:32-38; 8:29-36; 9:3-4 | **2:57-63** - The multifunctional hot spots are preferably delineated by outlines or illumination, as visual cues to alert the user that clicking within the "multifunctional hot spot area will" give them access to additional information, files or locations. This is analogous to a hypertext link being highlighted in an HTML format when the **cursor** moves over it. |
| SCREEN | 6:2-3; 6:14-15; 7:26-28; 8:12-14; 8:29-31; 9:22-23 | **6:2-3** - identify, define and activate the multifunctional hot spots and their location in designated areas on the **screen...** |
| DISPLAY | 1:42-45; | **1:42-45** - A link is typically made using text, icons, images or other objects appearing in a **display** to access another text file, program or media function. |

| | | |
|---|---|---|
| CLICKING | Abstract; 2:57-61; 3:29-31; 5:32-37; | **Abstract** - A method, apparatus and system for creating, using and modifying multifunctional website hot spots including software that identifies, programs and activates hot spots with a plurality of functions wherein the functions include a shopping mode for selecting and purchasing items on a website or in a video, a digital call mode for facilitating videoconferencing and telephone calls over a globally accessible network, a digital storage area for selecting, retrieving and playing selected digital media files, a bid mode that facilitates audio and video communication during multi-task communication interface for conducting an auction and/or accepting bids, an interact mode for communicating a user with a live streamed digital media file, a link mode for directly linking to pre-identified URL addresses and an entertain mode for retrieving and activating digital media files, wherein the functions are selected based on user inputs or predetermined parameters and are activated by **clicking** a predetermined hot spot. |
| VOICE RECOGNITION | 5:40-44; 7:59-63; | **5:40-44** - In these modes, the user can activate a **voice recognition** function to activate certain software functions and initiate the multifunctional hot spots in the live streamed audio and/or video file. |
| AUTOMATIC ROUTINE/AUTOMATICALLY | 5:2-7; | **5:2-7** - The invention 10 embeds, links or makes available multifunctional hot spots that change modes **automatically** based on predetermined parameters or user interaction with the menu bar 93 in the video file, audio file or other type of digital file or location with the corresponding website or webpage. |
| PREDETERMINED PARAMETERS/PARAMETERS | Abstract; 3:44-46; 3:65-4:3; 4:4-8; 5:2-5; 5:59-65; 8:1-7; | **3:44-46** - The function of hot spots may vary during the running of a digital media file based on time stamps or other **parameters**. |

3068670586