# United States Court of Appeals for the Federal Circuit

---

**FRANZ A. WAKEFIELD, DBA COOLTVNETWORK.COM, INC.,**
*Plaintiff-Appellant*

v.

**BLACKBOARD INC., META PLATFORMS, INC., fka Facebook, Inc., INTERNATIONAL BUSINESS MACHINES CORPORATION, KALTURA, INC., MICROSOFT CORPORATION, OOYALA, INC., SNAP INC., TRAPELO CORP.,**
*Defendants-Appellees*

---

2024-2030, 2024-2031, 2024-2032, 2024-2033, 2024-2035, 2024-2036, 2024-2037, 2024-2038

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:19-cv-00291-JLH, 1:19-cv-00292-JLH, 1:19-cv-00293-JLH, 1:19-cv-00294-JLH, 1:19-cv-00296-JLH, 1:19-cv-00297-JLH, 1:19-cv-00534-JLH, 1:19-cv-00535-JLH, Judge Jennifer L. Hall.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 23, 2025
Date

Jarrett B. Perlow
Clerk of Court